UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Leah Glowacki-Bishop

      Plaintiff

                                           CIVIL ACTION NO.:
     v.                                    21-11000-NMG

Western & Southern Financial Group, Inc. et al

      Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **JUDGMENT**
September 27, 2022

Gorton, D.J.

In accordance with the Memorandum & Order entered on September 27, 2022, ALLOWING the Defendant Gerber Life Insurance Company's Motion for Summary Judgment

Judgment is entered on behalf of the defendant. This case is hereby DISMISSED.

      SO ORDERED.

                                    /s/Nathaniel M. Gorton
                                    NATHANIEL M. GORTON
                                    United States District Judge